HYUNSUK ALBERT CHANG (SBN 206270)
Email: albertchang@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836

Attorneys for Leader Group Enterprises, LLC
SSR, LLC, Kayla Properties LLC,
Ethan 26, LLC Pacific Star Properties, LLC,
Wall Street Enterprises, LLC and Seung Ho Sohng

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>    Plaintiff,<br><br>  vs.<br><br>LEADER GROUP ENTERPRISES, LLC, a California Limited Liability Company, SSR, LLC, a California Limited Liability Company, KAYLA PROPERTIES, LLC, a California Limited Liability Company, ETHAN 26, LLC, a California Limited Liability Company, PACIFIC STAR PROPERTIES, LLC, a California Limited Liability Company, WALL STREET ENTERPRISES, LLC, a California Limited Liability Company, SEUNG HO SOHNG, and Does 1-10,<br><br>    Defendants. | Case No.  2:19-cv-10679-FLA-E<br>Hon. Fernando L. Aenlle-Rocha<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   April 30, 2021<br>Time:   1:30 p.m.<br>Court:  6B |

TO THE COURT, PLAINTIFF, AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on April 30, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Fernando L. Aenlle-Rocha, located at Courtroom 6B, First Street Courthouse, 350 West 1st Street, Los Angeles, California, 90012, Defendants LEADER GROUP ENTERPRISES, LLC, a California Limited Liability Company, SSR, LLC, a California Limited Liability Company, KAYLA PROPERTIES, LLC, a California Limited Liability Company, ETHAN 26, LLC, a California Limited Liability Company, PACIFIC STAR PROPERTIES, LLC, a California Limited Liability Company, WALL STREET ENTERPRISES, LLC, a California Limited Liability Company and SEUNG HO SOHNG ("Defendants") will and hereby do move this Court to enter summary judgment in favor of Defendants and against Plaintiff DWAIN LAMMEY ("Plaintiff") as to Plaintiff's claim under the Americans with Disabilities Act (the "ADA").

This Motion is made on the grounds that there is no genuine dispute as to any material facts and Defendants are entitled to a summary judgment in their favor as to the federal ADA claim.

This Motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and is supported by this Notice of the Motion, the Memorandum of Points and Authorities, the Declarations of Seung Ho Sohng, Hector Hsu, and Ed S. Chung, and other evidence filed, the Separate Statement of Undisputed Material Facts filed concurrently herewith, and such other evidence as may be admitted at the time of the hearing of this Motion.

This Motion is made following the conference of counsel, which took place on March 10, 2021, pursuant to Local Rule 7-3. See the Declaration of Hector Hsu.

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**
- 2 -

Dated: March 26, 2021

LAW OFFICES OF ALBERT CHANG

By: /s/ Hyunsuk Albert Chang
Hyunsuk Albert Chang
Attorneys for Defendants
Leader Group Enterprises, LLC
SSR, LLC, Kayla Properties LLC,
Ethan 26, LLC Pacific Star Properties, LLC,
Wall Street Enterprises, LLC and Seung Ho Sohng

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

- 3 -

# PROOF OF SERVICE
## STATE OF CALIFORINA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1225 W. 190th Street, Suite 420, Gardena, CA 90248.

On March 26, 2021 I served the following documents described as: **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** on the following necessary part(ies) in this action:

CENTER FOR DISABILITY ACCESS
Russell C. Handy, Esq.
Isabel Masanque, Esq.
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
russ@potterhandy.com
isabelm@potterhandy.com
Attorney for Plaintiff Dwain Lammey

[ X ]  BY U.S. MAIL:  I caused the above-referenced document(s) to be delivered via U.S. Mail to the address noted above.

[ X ]  BY ELECTRONIC MAIL (E-MAIL):  On this date, I caused the above-referenced document(s) to be transmitted via e-mail to the e-mail addresses noted above.

[ X ]  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Gardena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**
- 4 -

[ X ]  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on March 26, 2021 in Gardena, California.

           <u>/s/Hyunsuk Albert Chang</u>
           Hyunsuk Albert Chang

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836